**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | |
|---|---|
| RICHARD PINKOUS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| ALLIANCE ONE, INC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, RICHARD PINKOUS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

                By: /s/ Adam J. Krohn
                    Adam J. Krohn
Attorney for Plaintiff
KROHN & MOSS, LTD.
120 W. Madison St., 10th Floor
Chicago, IL 60602
Attorney for Plaintiff
phone: (800) 875-3999 EXT. 222
fax: (866) 802-0021
e-mail: www.krohnandmoss.com