## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD PINKOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-50035 |
| | ) | |
| ALLIANCE ONE, INC., | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated: June 10, 2010        By:_____/s/ Adam J. Krohn_____
[ ]Adam J. Krohn
[ ]Adam T. Hill
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602

**HINSHAW & CULBERTSON**

Dated: June 10, 2010        By:_____/s/ David M Schultz_____
[ ] David M Schultz
[ ]Jennifer W. Weller
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Email: dschultz@hinshawlaw.com